## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JAMES ROONEY, BRITTANY ROONEY,**

        **Plaintiffs,**

    **v.**

**WRIGHT NATIONAL FLOOD INSURANCE COMPANY,**

        **Defendant,**

_____/

**Case No.: 5:24-cv-00474-JSM-PRL**

### ORDER

This removal action is before the Court for consideration of Defendant Wright National Flood Insurance Company's motion to compel Plaintiffs to respond to its interrogatories and request for production of documents. (Doc. 13). Plaintiffs have failed to respond to the motion to compel, and the time for responding has expired.

Defendant's motion recites that, despite at least five attempts via telephone and email to confer with counsel for Plaintiffs, Plaintiffs have not responded to Defendant's first request for production of documents and first set of interrogatories that were served on May 27, 2025, and were due on June 27, 2025. (Doc. 13). Defendant has now moved for entry of an order compelling the outstanding discovery and requests that the Court award reasonable fees and expenses incurred in making the motion to compel. (Doc. 13). Plaintiffs have failed to respond to the motion, and the time for responding has expired.

Accordingly, upon due consideration, it is ordered that:

1. Defendant's motion to compel (Doc. 13) is **GRANTED**. On or before **September 30, 2025**, Plaintiffs shall provide full and complete responses to Defendant's discovery requests initially served on May 27, 2025, including the interrogatories and the request for production of documents.

2. If Defendant seeks expenses under Rule 37(a)(5)(A), Defendant is directed to file an appropriate motion, including an affidavit supporting a motion for reasonable expenses, including attorney's fees, incurred in making the motion to compel. Plaintiffs may then file a response to the motion within the time permitted under the Local Rules. Any such motion or response should address both entitlement to expenses under Rule 37(a)(5)(A) as well as whether claimed expenses are reasonable under the circumstances.

**DONE** and **ORDERED** in Ocala, Florida on September 11, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties